**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01373-JLK

SOULEYMANE OUEDRAOGO,

    Plaintiff,

v.

DOWNTOWN DENVER BUSINESS IMPROVEMENT DISTRICT,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DOC. 33, & DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT, DOC. 36 of Judge John L. Kane entered on February 13, 2014 it is ORDERED that Plaintiff SOULEYMANE OUEDRAOGO recovers nothing, the action is dismissed on the merits, and Defendant DOWNTOWN DENVER BUSINESS IMPROVEMENT DISTRICT is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 13th day of February, 2014.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

By:  s/   Bernique Abiakam

Bernique Abiakam
Deputy Clerk