IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01373-JLK

SOULEYMANE OUEDRAOGO,

    Plaintiff,

v.

DOWNTOWN DENVER BUSINESS IMPROVEMENT DISTRICT,

    Defendant.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Kane, J.

    Plaintiff Souleymane Ouedraogo filed *pro se* a notice of appeal and a motion to proceed *in forma pauperis* on appeal.  I have examined the motion and the file and find that the motion is deficient for the following reasons:

- ☐ is missing affidavit
- ☐ affidavit is incomplete
- ☐ affidavit is not notarized or is not properly notarized
- ☐ affidavit is missing required financial information
- ☐ is missing certified copy of prisoner's trust fund statement for the 6 month period immediately preceding this filing
- ☐ is missing certificate showing current balance in prison account
- ☐ is missing an original signature by the prisoner
- ☒ is not on proper form (must use the Court's current form)
- ☐ other _____

Accordingly, it is

    ORDERED that the motion seeking leave to proceed *in forma pauperis* on appeal

is denied without prejudice because the motion is deficient.  A new motion may be filed in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this 9th   day of April, 2014.

BY THE COURT:

*s/John L. Kane*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO